UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BERRY B. MILLER,<br>　　　Plaintiff,<br><br>-v-<br><br>ALAMO TOWNSHIP POLICE DEPARTMENT,<br>　　　Defendant. | No. 1:13-cv-999<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having found the sole claim in the complaint is barred by the statute of limitations, and having dismissed the complaint, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　October 16, 2013　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge